**WALTER A. LESNEVICH (3227)**
Lesnevich & Marzano-Lesnevich
65 Route 4 East
River Edge, New Jersey 07661
(201) 342-2322; (201) 342-3943 Fax
Attorneys for Plaintiffs/Counterclaim
Defendants and Third Party Defendants,
Otis Optical Co., Ltd., and Moon Young Huh

**RECEIVED**

JUL 24 2003

AT 8:30..........
WILLLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTOS TECH CO., LTD., | Civil Action No. 03-1979 (WHW) |
| Plaintiff, | |
| vs. | **ANSWER TO COUNTERCLAIM AND ANSWER TO THIRD-PARTY COMPLAINT** |
| OGK America, Inc. & Yale Kim a/k/a Youngil Kim, | |
| Defendants/Third-Party Plaintiffs | |
| vs. | |
| OTOS OPTICAL CO., LTD., AND MOON YOUNG HUH | |
| Third-Party Defendants. | |

## ANSWER TO COUNTERCLAIM

The plaintiff, Counterclaim Defendant, Otos Tech Co., Ltd answers the counterclaim of the Counterclaim Plaintiffs stating:

### JURISDICTION AND VENUE

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

## FACTUAL BACKGROUND

6. Admits.

7. Denies.

8. Denies.

9. Denies.

10. Denies.

11. Denies.

12. Denies.

13. Denies.

14. Denies.

15. Denies.

16. Denies.

17. Denies.

18. Denies.

19. Denies.

20. Denies.

21. Denies.

## FIRST COUNT

1. Denies.

2. Denies.

3. Denies.

4. Denies.

5. Denies.

## SECOND COUNT

1. Denies as set forth above.

2. Denies.

3. Denies.

4. Denies.

## THIRD COUNT

1. Denies as set forth above.

2. Denies.

3. Denies.

4. Denies.

5. Denies.

## FOURTH COUNT

1. Denies as set forth above.

2. Denies.

3. Denies.

4. Denies.

## FIRST SEPARATE DEFENSE

The Counterclaim Plaintiff's claims are barred by their having committed the crimes of theft and fraud against the plaintiff.

## SECOND SEPARATE DEFENSE

The Counterclaim Plaintiff's claims are barred by their illegal acts and bad faith.

## THIRD SEPARATE DEFENSE

The Counterclaim Defendant has not breached any contract with Counterclaim plaintiff.

## FOURTH SEPARATE DEFENSE

The Counterclaim Plaintiff's acts are barred by equity in that they bring this suit with unclean hands.

WHEREFORE, Counterclaim Defendant demands judgment dismissing the counterclaim plus payment to it by the Counterclaim Plaintiff of its attorney's fees and costs of suit.

## THIRD PARTY COMPLAINT

Otis Optical Co., Ltd., and Moon Young Huh, through their attorneys, Lesnevich & Marzano-Lesnevich, answer the Third Party Complaint of OGK America, Inc. & Yale Kim stating:

## JURISDICTION AND VENUE

1. Admits.
2. Admits.
3. Admits.
4. Admits.
5. Admits.
6. Admits.

## FIRST COUNT

1. Denies.
2. Denies.

4

3. Denies.

4. Denies.

5. Denies.

## SECOND COUNT

1. Denies as set forth.

2. Denies.

3. Denies.

4. Denies.

## THIRD COUNT

1. Denies as set forth.

2. Denies.

3. Denies.

4. Denies.

5. Denies.

## FOURTH COUNT

1. Denies as set forth.

2. Denies.

3. Denies.

4. Denies.

## FIFTH COUNT

1. Denies as set forth.

2. Denies.

3. Denies.

4. Denies.

5. Denies.

## FIRST SEPARATE DEFENSE

The Counterclaim Plaintiff's claims are barred by their having committed the crimes against the Plaintiff.

## SECOND SEPARATE DEFENSE

The Counterclaim Plaintiff's claims are barred by their illegal acts and bad faith.

## THIRD SEPARATE DEFENSE

The Counterclaim Defendant has not breached any contract with Counterclaim plaintiff.

## FOURTH SEPARATE DEFENSE

The Counterclaim Plaintiff's acts are barred by equity in that they bring this suit with unclean hands.

WHEREFORE, Otis Optical Co., Ltd., and Moon Young Huh demands judgment dismissing the Third Party Complaint, plus payment to it by Counterclaim Plaintiff of its attorney's fees and costs of suit.

Dated: July 23, 2003

Lesnevich & Marzano-Lesnevich
Attorney for Third Party Defendants, Otis
Optical Co., Ltd., and Moon Young Huh

By: _____
WALTER A. LESNEVICH (3227)

RECEIVED

JUL 24 2003

AT 8:30............................M
WILLIAM T. ........, CLERK

## CERTIFICATION OF SERVICE

I, Walter A. Lesnevich, Esq., a member of the Bar of this Court, hereby certify that a copy of the within Answer to Counterclaim and Answer to Third-Party Complaint was served this day by first class mail upon counsel for the defendants, Kevin J. Conyngham, Esq., of Zimmerer, Murray & Conyngham, Attorneys at Law, Park 80 West, Plaza One, Saddle Brook, New Jersey 07663.

WALTER A. LESNEVICH, ESQ. (3227)

Dated: July 23, 2003