**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTOS TECH CO, LTD., :<br><br>Plaintiff, :<br><br>v. :<br><br>OGK AMERICA, INC. and :<br>YALE KIM a/k/a YOUNGIL KIM, :<br><br>Defendants/Third-Party Plaintiffs :<br><br>v. :<br><br>OTOS OPTICAL CO., LTD., and :<br>MOON YOUNG HUH :<br><br>Third Party Defendants. : | **ORDER**<br><br>Civ. No. 03-1979 (WHW) |

**Walls, District Judge**

Plaintiff moved before this Court for an Order enforcing the judgment of the Supreme Court of Korea. Oral argument on this matter was held before this Court on May 25, 2006. For the reasons explicated at oral argument,

it is on this _____ day of June, 2006,

ORDERED plaintiff's motion to enforce the judgment of the Supreme Court of Korea is DENIED.

Hon. William H. Walls
United States Senior District Judge