## VERDICT SHEET
## OTOS Tech Co, Ltd. v. OGK America, Inc., et al.
Docket Number: 03-1979 (WHW)

### Breach of the Agency Agreement

1. Did the plaintiff, OTOS Tech, prove by a preponderance of the believable evidence that the defendants, OGK and Kim, breached the agency agreement?

    Yes ☑    No ☐

    If the answer to #1 is "yes," go to question #3.
    If the answer to #1 is "no," answer #2.

2. Did the defendants OGK and Kim prove by a preponderance of the believable evidence that the plaintiff breached the agency agreement?

    Yes ☐    No ☐

2a. If you answered "yes" to #2, did the defendants prove by a preponderance of the believable evidence that the duration of the agreement was for a fixed term of 15 years or to last until Mr. Kim was 60 years old?

    Yes ☐    No ☐

    Go to question #4.

3. What amount of money would fairly compensate the plaintiffs for damages caused by the defendants?

    $ —0— [crossed out]

4. If you have answered "yes" to questions #2 & 2a, what amount of money would fairly compensate defendants for damages caused them by plaintiffs?

    $ [crossed out]

### Conversion

5. Did the plaintiff prove by a preponderance of the believable evidence that the defendants wrongly converted $587,755.05 of plaintiff's money for defendants' use?

1

Yes ☑    No ☐

6. Did the plaintiff prove by a preponderance of the believable evidence that the defendants wrongly converted $36,615.75 of plaintiff's money for defendants' use?

Yes ☐    No ☑

Breach of the Implied Covenant of Good Faith and Fair Dealing

7. Did the defendants prove by a preponderance of the believable evidence that the plaintiffs breached the implied covenant of good faith and fair dealing?

Yes ☑    No ☐

If you have answered "yes" to #7, answer question #8.

8. What amount of money would fairly compensate the defendants for such breach of good faith and fair dealing?

$ _____ 910,000.00 _____

2