# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

OTOS TECH CO., LTD.

  -vs-

OGK AMERICA, INC.

**JUDGMENT IN A CIVIL CASE**

Civil 03-1979

This action came before the Court for a trial by jury. The issues were tried and the jury rendered its verdict.

By its verdict, the jury established that a judgment be entered in favor of the plaintiff Otos Tech Co. Ltd. in the amount of $587,755.05 against the defendant OGK America, Inc., with prejudice.

IT IS FURTHER ORDERED that judgment be entered in favor of defendant OGK America, Inc. on the counterclaim in the amount of $910,000.00 against the plaintiff Otos Tech Co. LTD. with prejudice and costs.

DATE August 10, 2006

HON. WILLIAM H. WALLS