COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman
Attorneys for Plaintiff and Third Party Defendants
Park 80 Plaza West One
Saddle Brook, New Jersey 07663
(201)845-9600

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*"Document Filed Electronically"*

---------------------------------x
OTOS TECH CO., LTD.,              Civil Action No. 03-1979
                                   (WHW)
    Plaintiff,

v.
                                  **NOTICE OF APPEAL**
OGK AMERICA, INC. and YALE KIM
a/k/a YOUNGIL KIM,

    Defendants/Third Party
       Plaintiffs,

v.

OTOS OPTICAL CO., LTD. and MOON
YOUNG HUH,

    Third Party Defendants.
---------------------------------x

Notice is hereby given that Otos Tech Co., Ltd., the plaintiff in the above named case, and Otos Optical Co., Ltd. and Moon Young Huh, the third party defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an order denying their motion for partial summary judgment entered in this action on June 2, 2005, that part of the judgment entered in this action on August 10, 2006 which awarded defendant OGK America, Inc. $910,000 with costs and

an order denying the plaintiff's and third party defendants' motion for a new trial entered in this action on August 13, 2007.

 s/Peter S. Pearlman
PETER S. PEARLMAN
Cohn Lifland Pearlman
 Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, New Jersey 07663