CONNELL FOLEY LLP
Marc D. Haefner
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendants
OGK America, Inc. and Yale Kim,
a/k/a Youngil Kim

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OTOS TECH CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> OGK AMERICA, INC. and YALE KIM a/k/a YOUNGIL KIM, <br><br> Defendants/Third Party Plaintiffs, <br><br> v. <br><br> OTOS OPTICAL CO., LTD. and MOON YOUNG HUH, <br><br> Third Party Defendants. | Civil Action No. 03cv1979(WHW) <br><br><br><br><br><br> **NOTICE OF APPEAL** |

  Notice is hereby given that OGK America, Inc. and Yale Kim, the defendants/third party plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from that part of the judgment entered in this action on August 10, 2006 which awarded plaintiff OTOS Tech Co., Ltd., $587,755.05 and from that part of the judgment which failed to award OGK America, Inc. and Yale Kim pre-judgment and post-

1871821-01

judgment interest on the jury verdict of $910,000 awarded in favor of OGK America, Inc. and Yale Kim.

                        Connell Foley LLP

                        By:   s/Marc D. Haefner
                            Marc D. Haefner

Dated:  September 17, 2007