# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

February 12, 2009

**VIA ECF & HAND DELIVERY**
Hon. William H. Walls
United States District Court,
 District of New Jersey Newark
M.L. King, Jr. Federal Bldg.
 & U.S. Courthouse
50 Walnut Street, Room 4046
Newark, NJ 07102

       RE: OTOS Tech Co., Ltd v. OGK America, Inc., et al.
          Civil Action No. 03-1979 (WHW)
          Our File: 37,229

Dear Judge Walls:

There is pending before Your Honor the motion of the defendants OGK and Kim for the turnover of funds. All parties have submitted papers with respect to that motion. We concur in the movants' belief that oral argument should be held. In their reply papers, the movants have alleged that Otos has collected certain sums on their Korean judgment. Specifically, on page 4 of their reply memorandum, movants stated "Otos collected on yet another portion of that judgment through the force sale of stock owned by Mr. Kim (valued at $281,516.96)" and that "on November 18, 2008 OGK paid Otos an additional $508,551.44 (representing the balance of the Korean judgment and interest)...."

Although we have made other arguments by which we stand with respect to this motion, we have learned from our clients that they dispute the receipt of those sums. Because of language difficulties in communication, we have not been able to obtain the specifics of that dispute, but we are attempting to do so and hope to have this nailed down within the next two weeks.

Under the circumstances, we respectfully request that any oral argument not be held for at least two weeks and that Your Honor withhold any ruling on the pending application for that time to afford us an opportunity to provide such additional information or clarification as may be appropriate.

We appreciate Your Honor's consideration of this request.

                   Respectfully yours,

                   Peter S. Pearlman

PSP:glv
cc: Marc Haefner (via e-mail only)