COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Attorneys for Plaintiffs
Park 80 Plaza West One
Saddle Brook, New Jersey 07663
(201) 846-9600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTOS TECH CO., LTD ) | |
| ) | Case No.: 2:03-cv-1979 (WHW/RJH) |
| Plaintiff, ) | |
| ) | **Certification of Andy Chung** |
| v. ) | |
| ) | |
| OGK AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**Andy Chung** hereby certifies as follows:

1. I am the General Manager of the Overseas Business Division of Otos Tech Co., Ltd.

2. I am well versed in and competent to speak the Korean and English languages. At the request of Moon Young Huh, I have made a true, accurate, and complete translation to him of all the contents of the foregoing Certification in the Korean language. Moon Young Huh indicated to me that he understood the contents of the documents translated.

I certify under penalty of perjury that the foregoing facts are true and correct. Executed by me this 21 day of April 2009.

_____