# Connell Foley LLP
### ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM⁺
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*⁺
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF⁺
PATRICK J. HUGHES*⁺
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER

WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III⁺
DAREN S. MCNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*⁺
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*⁺
MATTHEW W. BAUER*
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI*
BARBARA M. ALMEIDA*
_____
COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
MICHAEL A. SHADIACK
OWEN C. MCCARTHY
PATRICIA A. LEE*⁺
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO*
DANIELA R. D'AMICO*
DANIA BILLINGS MURPHY*
CHRISTINE I. GANNON*

PLEASE REPLY TO ROSELAND, NJ

PHILIP W. ALLOGRAMENTO III*
CATHERINE G. BRYAN⁺
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MICHAEL D. RIDENOUR*
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
ANTHONY J. CORINO
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
LEE B. WILSON
ANDREW B. BUCKMAN
E. KEVIN VOLZ
BETH A. FERLICCHI
JENNIFER E. CONSTANTINOU
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
NEHA BANSAL

*ALSO ADMITTED IN NEW YORK
⁺ALSO ADMITTED IN PENNSYLVANIA

WRITER'S DIRECT DIAL

June 22, 2009

*<u>Via Electronic Filing</u>*

Honorable William H. Walls
United States District Court
District of New Jersey Newark
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street, Room 4046
Newark, New Jersey 07102

   Re: Otos Tech Co., Ltd. v. OGK America, Inc. and Yale Kim a/k/a Youngil Kim
      District Docket No.: 03-1979 (WHW)
      Third Circuit Docket Nos.: 07-3627 and 07-3775

Dear Judge Walls:

  This office represents defendants, OGK America, Inc. and Yale Kim (collectively "OGK"), in the above referenced matter. We write to confirm that this motion is assigned to Your Honor's chambers.

  Further, we write to request that given that Otos does not dispute its obligation to pay Yale Kim and OGK America $322,244.95, Your Honor expeditiously order that amount to be paid. Docket No. 72, Surreply Certification of Moon Young Huh, at ¶ 19. Even if Your Honor reserves on the subsequent question in dispute – namely, whether Yale Kim's satisfaction of the Korean judgment against him negates Otos' attempt to use its identical American judgment against Mr. Kim as a set off against Mr. Kim's $910,000 judgment entered by Your Honor – we

2167938-01

Honorable William H. Walls
June 22, 2009
Page 2

respectfully request that Your Honor order Otos to immediately pay the $322,244.95 that it admits it owes to Mr. Kim. We are not making this request by way of formal motion in order to save Mr. Kim additional expenses, but, were Your Honor to insist on such a formality we would happily comply.

As Your Honor is aware from OGK's submissions, Mr. Yale Kim is an individual businessman and collects the majority of his income from sales commissions, like the commissions that were wrongly withheld by Otos in 2003. Consequently, due to the nature of the work that he performs, Mr. Kim does not receive a consistent income stream and Otos' 6-year delay in paying Mr. Kim has caused him considerable financial hardship. Further, Mr. Kim's resources have been diminished by defending the parallel Korean preceding that Otos' initiated and, additionally, from the worldwide recession. Accordingly, OGK respectfully requests that Your Honor expeditiously issue an Order on the pending motion.

The Court's consideration of this request is appreciated

Respectfully submitted,

s/ Marc Haefner

Marc Haefner

MDH/NBD/dxm
Enclosure
cc:     (via electronic mail)
        Peter Pearlman
        Nicole B. Dory, Esq.

2167938-01

Honorable William H. Walls
June 22, 2009
Page 3

bcc:    Yale Kim (via electronic mail)

2167938-01