# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

July 13, 2009

**VIA ELECTRONIC FILING**
Hon. William H. Walls
United States District Court,
 District of New Jersey Newark
M.L. King, Jr. Federal Bldg.
 & U.S. Courthouse
50 Walnut Street, Room 4046
Newark, NJ 07102

        RE:    OTOS Tech Co., Ltd v. OGK America, Inc., et al.
                Civil Action No. 03-1979 (WHW)
                Our File:  37,229

Dear Judge Walls:

I write on behalf of Otos Tech, Otos Optical Co. Ltd., and Moon Young Huh (all, collectively, "Otos") to respond to the June 22, 2009 letter of counsel for OGK America, Inc. and Yale Kim (both, jointly, "OGK"). There is pending before Your Honor the motion of OGK for Turnover of Funds (the "Turnover Motion"). All parties have submitted papers with respect to that motion and have requested oral argument on that motion.

OGK's counsel entreats Your Honor to order the immediate payment of a portion of the funds that are the subject of the Turnover Motion. Counsel's request is premised upon certain factual statements, absent from the record before this Court, concerning Mr. Kim's income, financial situation, and the nature of his work. It is respectfully submitted that such statements, having no basis in the record, are inappropriate and should be disregarded in their entirety.

Otos submits further that, in the interest of economy and fairness, the Turnover Motion and all issues pertaining thereto should be evaluated and resolved concurrently, not in a piecemeal fashion.

                                                      Respectfully yours,

                                                      Peter S. Pearlman

PSP:glv
    cc:    Marc Haefner (via e-mail only)