COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Attorneys for Plaintiffs
Park 80 Plaza West One
Saddle Brook, New Jersey 07663
(201) 846-9600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTOS TECH CO., LTD ) | |
| ) | Case No.: 2:03-cv-1979 (WHW) |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEAL** |
| v. ) | |
| ) | |
| OGK AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that Otos Tech Co., Ltd., the plaintiff in the above named case, Otos Optical Co., Ltd., and Moon Young Huh, the third-party defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an order granting the motion of OGK America, Inc. and Yale Kim for turnover of funds entered in this action on July 30, 2009.

Dated:  August 10, 2009

                       s/Peter S. Pearlman
                     PETER S. PEARLMAN
                     Cohn Lifland Pearlman
                      Herrmann & Knopf LLP
                     Park 80 Plaza West One
                     Saddle Brook, New Jersey 07663