## UNITED STATES DISTRICT COURT

District of New Jersey

Chambers of
**William H. Walls**
District Judge

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

August 24, 2009

Marc D. Haefner, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068

Re:    <u>Otos Tech Co., LTD. v. OGK America, Inc., et al.</u>; No. 03-1979 (WHW)

Dear Mr. Haefner:

This Court's August 18, 2009 Order (Docket 88) stayed the July 30, 2009 Turnover Order (Docket 80) through August 18, 2009 and has expired. As of August 19, 2009, the Turnover Order is in force.

<u>s/William H. Walls</u>
United States District Judge

cc:    Peter S. Pearlman, Esq.